UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OTIS MERRIT | CIVIL ACTION |
| VERSUS | NUMBER: 19-7298 |
| JAMES M. LEBLANC, ET AL. | SECTION: "H"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's §1983 claims against the Defendants in their official capacity are dismissed without prejudice for want of jurisdiction and that Plaintiff's §1983 claims against the Defendants in their individual capacity are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  4th  day of          November          , 2019.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE